FILED: June 13, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1597 (L)
(9:14-cv-00230-RMG)

_____

UNITED STATES OF AMERICA AND THE STATES OF NORTH CAROLINA, CALIFORNIA, ILLINOIS EX REL. SCARLETT LUTZ, KAYLA WEBSTER, DR. MICHAEL MAYES AND CHRIS RIEDEL

   Plaintiff

and

BLUEWAVE HEALTHCARE CONSULTANTS, INC.; FLOYD CALHOUN DENT, III; ROBERT BRADFORD JOHNSON

   Defendants - Appellants

and

HEALTH DIAGNOSTIC LABORATORY INC.; SINGULEX INC.; LABORATORY CORPORATION OF AMERICA HOLDINGS; PHILIPPE J. GOIX, PhD; BERKELEY HEARTLAB, INC.; LATONYA MALLORY; QUEST DIAGNOSTICS, INCORPORATED

   Defendants

v.

UNITED STATES OF AMERICA

   Intervenor - Appellee

and

BLUE EAGLE FARMING, LLC; EAGLE RAY INVESTMENTS, LLC; FORSE INVESTMENTS, LLC; CHRISTINA M. DENT; LAKELIN PINES, LLC; TRINI "D" ISLAND, LLC; WAR-HORSE PROPERTIES, LLLP

   Parties-in-Interest

_____

O R D E R

_____

  Upon the submissions relative to the motion to expedite, the court grants the motion.

         For the Court--By Direction

         /s/ Patricia S. Connor, Clerk